| RAC DEALERSHIP LLC - Harmelin and Associates | | |
|---|---|---|
| *Transfers:* | | |
| Payment # | Payment Date | Payment Amount |
| A011208 | 01/05/2023 | 233,346.00 |
| A011300 | 02/03/2023 | 250,346.00 |
| Credit Application | 03/14/2023 | 44,004.60 |
| | TOTAL  $ | 527,696.60 |